Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **GUY HOVANDER,**<br><br>PLAINTIFF,<br><br>vs.<br><br>**SORTIS INCOME FUND, LLC, an Oregon Limited Liability Company; and DOES 1-20, INCLUSIVE,**<br><br>DEFENDANTS. | Case No. 2:21-cv-01077<br><br>**ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF GUY HOVANDER** |

THIS MATTER having come before the Court on the Motion For Leave To Withdraw Association As Counsel For Plaintiff Guy Hovander ("Motion") and the court having reviewed the Motion and the records and files herein, and there being no objection, the Motion of Joseph W. Creed of the Law Offices of Joseph W. Creed shall be and hereby is GRANTED.

Now, therefore, it is hereby ORDERED, ADJUDGED and DECREED that:

Attorney Joseph W. Creed and the Law Offices of Joseph W. Creed are granted leave to withdraw as counsel for Plaintiff Guy Hovander.

DATED this 26th day of April, 2022.

*/s/ Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

\_/s/ Joseph W. Creed_____
Joseph W. Creed
Attorney for Plaintiff Guy Hovander