UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GUY HOVANDER<br><br>PLAINTIFF,<br>v.<br><br>SORTIS INCOME FUND, LLC, an Oregon Limited Liability Company; and DOES 1-20, INCLUSIVE<br><br>DEFENDANTS | CASE NO: 2:21-cv-01077<br><br>STIPULATED ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER |

Based on the Joint Motion to Modify Scheduling Order (the "**Motion**") and the stipulation of the Guy Hovander and Sortis Income Fund, LLC, and for good cause shown, the Court ORDERS that the Motion is Granted. The Court further modifies several pretrial dates to accommodate its schedule. The following dates in the scheduling order at ECF 10 are modified as set forth below:

///

///

///

///

Page 1 of 3
Order Granting Stipulated
Motion re Scheduling
Order

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 515-3310
Joe@fieldjerger.com

| Event | Current event date | Modified event date |
|---|---|---|
| Discovery Deadline | 04/27/2022 | 06/08/2022 |
| Dispositive Motions Deadline | 05/27/2022 | 07/01/2022 |
| Joint Pretrial Statement | 08/12/2022 | 9/26/2022 |
| Pretrial Conference | 08/26/2022 | 10/10/2022 |
| Motions in Limine | 09/19/2022 | 10/17/2022 |
| Jury Trial | 10/24/2022 | 10/24/2022 |

SO ORDERED

    DATED this 27th day of April, 2022.

*Barbara J. Rothstein* (signature)

Barbara Jacobs Rothstein
U.S. District Court Judge

IT IS SO STIPULATED BY:

/s/ Guy Hovander
Guy Hovander
5268 Olson Road
Ferndale, WA 98248
Email: guyhovander@gmail.com

Plaintiff

/s/ Joseph W. Creed
Joseph W. Creed, WSBA #42451
Law Offices of Joseph W. Creed
11120 NE 2nd St, Ste 200
Bellevue, WA 98004
Tel: (800) 679-4202

/s/ Joseph A. Field
Joseph A. Field, WSBA #24705
Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel. (503) 515 3310
Email: joe@fieldjerger.com

Attorneys for Sortis Income Fund, LLC

Page 2 of 3
Order Granting Stipulated
Motion re Scheduling
Order

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 515-3310
Joe@fieldjerger.com

Email: jcreed@cefirm.com

Attorney of Record for Guy Hovander pending Order on Motion to Withdraw

Presented by:

/s/ Joseph A. Field
Joseph A. Field, WSBA #24705
Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel. (503) 515 3310
Email: joe@fieldjerger.com
Attorney for Sortis Income Fund, LLC

Page 3 of 3
Order Granting Stipulated
Motion re Scheduling
Order

Field Jerger LLP
621 SW Morrison St. #510
Portland, OR 97205
Tel: (503) 515-3310
Joe@fieldjerger.com