The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY HOVANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>SORTIS INCOME FUND LLC., *et al*. | Civil Action No. 2:21-cv-1077-BJR<br><br>ORDER DISMISSING CASE |

On September 1, 2022, this Court issued an order instructing the parties to show cause why this matter should not be dismissed in its entirety for failure to allege the diversity of citizenship of the parties that is necessary for this Court to have jurisdiction over this matter. Dkt. No. 24. Plaintiff failed to respond to the Court's order by the designated deadline; Defendant Sortis Income Fund LLC filed a timely response in which it clarified that it is a citizen of Washington State. Dkt. No. 30 at 3. Given that the Amended Complaint alleges that Plaintiff is also a citizen of Washington State (*see* Dkt. No. 2 at ¶ 2), diversity of citizenship does not exist in this matter and this Court lacks jurisdiction over the case. *See* 28 U.S.C. § 1332(a)(1). Therefore, this matter is HEREBY DISMISSED in its entirety.

//

1  //

2  Dated this 12th day of September 2022.

4  _____
5  Barbara Jacobs Rothstein
   U.S. District Court Judge

2